UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
                               :

UNITED STATES OF AMERICA     :    SEALED SUPERSEDING
                               :    INDICTMENT

         - v. -          :
                               :    S3 21 Cr. 249 (SHS)

JAMES THOMAS,               :
        a/k/a "Spazz,"      :
DUVAUGHN WILSON,         :
        a/k/a "Dupree,"     :
COURTNEY SCHLOSS,        :
        a/k/a "Bway,"       :
        a/k/a "Balenci,"    :
KEN ALEXANDER,          :
        a/k/a "Ryu,"        :
ARGAM TAJ,              :
        a/k/a "Sour,"       :
SAMUEL TAJ,             :
        a/k/a "Sosa,"       :
CHRISTOPHER MACHADO,     :
        a/k/a "Chris Elite," :
HARLIE RAMOS,           :
        a/k/a "White Girl," and :
JAMEL THOMAS           :
        a/k/a "Mel,"        :
                               :

       Defendants.      :
                               :

- - - - - - - - - - - - - - - - X

## COUNT ONE
### (Conspiracy to Commit Firearms Offenses)

The Grand Jury charges:

### OVERVIEW

1.    From at least in or about August 2020, up to and including in or about April 2021, JAMES THOMAS, a/k/a "Spazz," and COURTNEY SCHLOSS, a/k/a "Bway, a/k/a "Balenci," the defendants, used Georgia resident DUVAUGHN WILSON, a/k/a

"Dupree," the defendant, as a "straw purchaser" to buy at least 87 firearms from at least six federal firearms licensees ("FFLs") in Georgia.  Initially, JAMES THOMAS coordinated directly with WILSON to facilitate purchases for SCHLOSS and others.  As the scheme progressed, SCHLOSS also placed orders directly with WILSON.  Both JAMES THOMAS and SCHLOSS received orders for specific firearms from customers in New York and elsewhere, and collected payment for the firearms via mobile banking application, wire payment, and cash.

2.    JAMES THOMAS, a/k/a "Spazz," and COURTNEY SCHLOSS, a/k/a "Bway, a/k/a "Balenci," the defendants, then: (i) sold and transferred some of the firearms to New York residents who were visiting Georgia; and (ii) transported other firearms to New York, by bus and other means, for resale.  JAMES THOMAS's customers for illegally trafficked firearms included New York residents who were prohibited from possessing firearms because they had previously been convicted of felonies.

3.    COURTNEY SCHLOSS, a/k/a "Bway, a/k/a "Balenci," the defendant, is a member of the Brooklyn-based gang known as the "Blixky Gang," and in many cases, the individuals to whom SCHLOSS transported and resold firearms were fellow Blixky Gang members (the "Blixky Gang Members").  Indeed, on several occasions, Blixky Gang Members including, KEN ALEXANDER, a/k/a "Ryu," ARGAM TAJ, a/k/a "Sour," and SAMUEL TAJ, a/k/a "Sosa,"

2

the defendants, assisted SCHLOSS in transporting the firearms and, in some instances, resold the firearms themselves.

### THE WILSON FIREARM PURCHASES

4.    From at least in or about August 2020, up to and including in or about April 2021, DUVAUGHN WILSON, a/k/a "Dupree," the defendant, over the course of approximately 30 transactions, purchased dozens of firearms from multiple FFLs in Georgia, that is, retailers licensed to sell firearms.  On each occasion, WILSON filled out an ATF Form 4473 (Firearms Transaction Record) attesting that he was the true buyer/transferor of the firearms, and that he was not acquiring the firearms on behalf of another person.  In truth and in fact, however, WILSON was a "straw buyer" acting at the direction and on behalf of JAMES THOMAS, a/k/a "Spazz," and COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci," the defendants, for whom WILSON was purchasing the firearms.

5.    On multiple occasions, JAMES THOMAS, a/k/a "Spazz," and COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci," the defendants, coordinated in advance with each other and with DUVAUGHN WILSON, a/k/a "Dupree," the defendant, to arrange purchases of particular firearms, ammunition, and magazines. During these conversations, JAMES THOMAS, SCHLOSS, WILSON, and other co-conspirators, frequently used coded or slang terms to refer to the firearms, including "blixky," "knock," "knox,"

3

"poles," "situations," "televisions," and "tvs."   JAMES THOMAS,
SCHLOSS, WILSON, and other co-conspirators, also sometimes
referred to firearms using the names of famous athletes, in some
instances using jersey numbers as a reference to a caliber or
model of firearm, such as using the name "Rondo" — the last name
of Rajon Rondo, an NBA basketball player who has traditionally
worn jersey number nine – to refer to a nine-millimeter caliber
firearm.   For example:

      a.   On or about October 10, 2020, SCHLOSS coordinated
with JAMES THOMAS for the purchase of a firearm, which JAMES
THOMAS referred to as a "Jordan."   SCHLOSS also requested a
smaller caliber handgun, which he referred to as a "small tv,"
from an FFL in Smyrna, Georgia (the "Smyrna FFL").
Approximately one hour later, WILSON purchased three firearms
from the Smyrna FFL.

      b.   On or about October 13, 2020, JAMES THOMAS told
SCHLOSS, in sum and substance, that he was "about to go shopping
[for] TVs," and asked SCHLOSS what he "still need[ed]."   SCHLOSS
responded by asking, in sum and substance, for a particular
firearm.   Approximately one hour later, WILSON purchased five
firearms from an FFL in Lilburn, Georgia (the "Lilburn FFL").

      c.   On or about November 3, 2020, JAMES THOMAS
received an order for a "rondo" with "free throws," that is, a
nine-millimeter firearm with ammunition.

6.    On other occasions, JAMES THOMAS, a/k/a "Spazz," COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci," and DUVAUGHN WILSON, a/k/a "Dupree," the defendants, communicated using regular descriptions of firearms, including references to brand names.  For example, on or about November 13, 2020, WILSON texted SCHLOSS an invoice for two Keltec firearms by referencing "2 kec."  The invoice also included references to a magazine, an extended magazine, and a drum magazine.

7.    JAMES THOMAS, a/k/a "Spazz," and COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci," the defendants, made payments on behalf of themselves and others through wire transfers and mobile banking applications, and by cash.  For example, between on or about November 30, 2020, and on or about December 3, 2020, WILSON purchased at least 11 firearms from two Georgia FFLs on behalf of JAMES THOMAS and others.  On or about December 2, 2020, JAMES THOMAS coordinated a $1,185 wire payment from his brother, JAMEL THOMAS, a/k/a "Mel," the defendant, to WILSON. Similarly, on or about August 10, 2020, on or about October 5, 2020, on or about October 26, 2020, and on or about December 5, 2020, WILSON received mobile banking application payments from and on behalf of JAMES THOMAS, each corresponding with a firearms purchase.

8.    On at least three occasions, JAMES THOMAS, a/k/a "Spazz," the defendant, accompanied DUVAUGHN WILSON, a/k/a

"Dupree," the defendant, to Georgia FFLs during firearms purchases. For example:

      a.   on or about October 26, 2020, JAMES THOMAS accompanied WILSON to the Lilburn FFL to obtain firearms for a pre-arranged sale to a New York City area co-conspirator not named herein ("CC-1"). As part of the arrangement, JAMES THOMAS coordinated a mobile banking application payment from CC-1 to WILSON. Upon entering the Lilburn FFL, JAMES THOMAS and WILSON surveyed gun displays and loitered in the store while looking at their phones, until WILSON received a mobile banking payment from CC-1. While in the store, JAMES THOMAS handed cash to WILSON before exiting the store to wait in the car. When WILSON attempted to pay for the firearms, he found that he did not have enough cash. WILSON then exited the store and walked to the car where JAMES THOMAS was waiting, received additional cash, re-entered the store, and completed his purchase of five firearms. Later that day, WILSON purchased an additional four firearms from the Smyrna FFL. The guns purchased by WILSON on or about October 26, 2020, are depicted below:



b.    Approximately four days later, JAMES THOMAS
returned to New York City.  On or about January 6, 2021, New
York City Police Department ("NYPD") officers in Manhattan
seized one of the firearms purchased by WILSON on October 26,
2020 — a SKYY Ind. Model CPX-1, nine-millimeter pistol, Serial
Number C030440.

9.    After acquiring firearms through DUVAUGHN WILSON,
a/k/a "Dupree," the defendant, JAMES THOMAS, a/k/a "Spazz," the
defendant: (i) used buses to transport certain firearms to New
York for resale; and (ii) transferred other firearms to COURTNEY
SCHLOSS, a/k/a "Bway," a/k/a "Balenci," the defendant.  SCHLOSS
then transferred and sold, and attempted to transfer and sell,
the firearms to other individuals, in many instances to the

7

Blixky Gang Members, including but not limited to KEN ALEXANDER, a/k/a "Ryu," ARGAM TAJ, a/k/a "Sour," SAMUEL TAJ, a/k/a "Sosa," and CHRISTOPHER MACHADO, a/k/a "Chris Elite," the defendants.

## THE BLIXKY GANG

10.  The "Blixky Gang" is a Brooklyn-based gang comprised largely of aspiring rappers.  Members of the Blixky Gang have produced several music videos that appear on various social media platforms, including YouTube.  While Blixky Gang Members sometimes resell firearms obtained from COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci," the defendant, and others, in some instances, Blixky Gang Members appear to maintain a stash of firearms for use by the Blixky Gang, including for use in music video production.  For example:

a.  On or about October 14, 2020, in the vicinity of Atlanta, Georgia, the Blixky Gang filmed a music video entitled "Word to Folk" featuring among others individuals, SCHLOSS, ARGAM TAJ, a/k/a "Sour," and SAMUEL TAJ, a/k/a "Sosa," the defendants.  The video was then uploaded to a popular video streaming platform.  As depicted below, participants in the video, are shown holding firearms, many of which appear to be firearms purchased by DUVAUGHN WILSON, a/k/a "Dupree," the defendant.  At various points in the video, participants demonstrate that the guns are loaded by removing the magazines.

8



      b.   Similarly, in or about mid-November 2020, the Blixky Gang produced a video entitled "Guns in the Booth," which appears to have been filmed in New York, New York.  The video was then uploaded to a popular video streaming platform. In the video, ARGAM TAJ, a/k/a "Sour," and CHRISTOPHER MACHADO, a/k/a "Chris Elite," the defendants, and other individuals, brandish firearms and — as depicted below — flash firearms and stacks of United States currency.  At least one of the handguns appears to be a firearm purchased by WILSON.



     11.   Throughout the scheme, COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci," the defendant, facilitated firearms purchases for Blixky Gang Members.  For example, between on or about October 24, 2020, and on or about October 27, 2020, SCHLOSS and

KEN ALEXANDER, a/k/a "Ryu," the defendant, discussed a possible gun purchase. ALEXANDER indicated that he was interested in "9 40 45 380 38 357 [and] 44" caliber firearms. After checking with his "knock man," JAMES THOMAS, a/k/a "Spazz," the defendant, SCHLOSS quoted a price for three nine-millimeter handguns. When ALEXANDER responded that he only wanted to purchase one firearm, SCHLOSS stated that his rates were "based off the bulk," and declined to proceed with a single firearm transaction.

12. Beginning in or about December 2020, COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci," the defendant, also coordinated firearm sales to Blixky Gang Members through a co-conspirator not named herein ("CC-2"). For example, on or about March 9, 2021, SCHLOSS facilitated a sale of two firearms from CC-2 to Blixky Gang Members, one to CHRISTOPHER MACHADO, a/k/a "Chris Elite," the defendant, and another to ARGAM TAJ, a/k/a "Sour," the defendant. On or about April 29, 2021, the month after the sale, a music video entitled "Real Disrespect," which appears to have been filmed in Brooklyn, New York, was uploaded to a popular video streaming platform. "Real Disrespect," features MACHADO, ARGAM TAJ, and SAMUEL TAJ, a/k/a "Sosa," the defendant, as well as at least eight handguns and one rifle. MACHADO and ARGAM TAJ appear in the video with what appear to be the firearms purchased from CC-2.

10

**TRANSPORTATION OF FIREARMS FROM GEORGIA TO NEW YORK**

13.    As alleged above, JAMES THOMAS, a/k/a "Spazz," and COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci," the defendants, and various Blixky Gang Members, established a bus route from Atlanta to New York as their main pipeline for transporting firearms to New York.  From in or about August 2020, up to in or about April 2021, SCHLOSS, KEN ALEXANDER, a/k/a "Ryu," SAMUEL TAJ, a/k/a "Sosa," CHRISTOPHER MACHADO, a/k/a "Chris Elite," and HARLIE RAMOS, a/k/a "White Girl," the defendants, used buses and rental cars to transport firearms between Georgia and New York.

14.    During at least three of the trips from Georgia to New York, northbound buses were stopped by police officers in South Carolina.  For example:

a.    On or about October 27, 2020, KEN ALEXANDER, a/k/a "Ryu," the defendant, traveled from Atlanta to New York on a bus that was stopped by police in Duncan, South Carolina. During the bus stop, law enforcement officers seized two bags containing firearms, including a Cobra, Denali, .380 pistol, Serial Number K26836, purchased one day earlier — on or about October 26, 2020 — by DUVAUGHN WILSON, a/k/a "Dupree," the defendant.

b.    On or about November 22, 2020, COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci," the defendant, and ALEXANDER, with the assistance of ARGAM TAJ, a/k/a "Sour," and SAMUEL TAJ,

a/k/a "Sosa," the defendants, purchased bus tickets to travel
from Atlanta to New York, overnight from November 22 to November
23, 2020.  Prior to departing, SCHLOSS instructed HARLIE RAMOS,
a/k/a "White Girl," the defendant, to purchase a black backpack
(the "Backpack") and t-shirts for SCHLOSS.  SCHLOSS then placed
firearms in the bottom of the Backpack and concealed them with
the t-shirts.

      c.   On or about November 22, 2020, at approximately
8:00 p.m., SCHLOSS and ALEXANDER departed Atlanta.  At
approximately 12:00 a.m. on November 23, 2020, law enforcement
officers in South Carolina stopped the bus and confiscated the
Backpack, which contained five firearms and at least six
magazines, including a drum magazine.  An image of the seized
firearms and magazines is below:



      d.   During the bus stop, SCHLOSS texted ARGAM TAJ,
who advised SCHLOSS to keep his firearms on his person in order

to avoid detection and expressed concern that the police might find the firearms in the bags stored under the bus.

     e.   After the bus stop, SCHLOSS texted RAMOS and ARGAM TAJ to inform them, in sum and substance, that the "knocks," i.e., firearms, had been seized by law enforcement. In response, RAMOS confirmed, in sum and substance, that SCHLOSS had removed his fingerprints from the firearms. SCHLOSS then lamented that he had planned to profit from the sale of seized guns, texting RAMOS that SCHLOSS had needed to "flip those knocks." Simultaneously, ARGAM TAJ, in sum and substance, chastised SCHLOSS for not better concealing the firearms, and also began coordinating for resupply.

     f.   On or about December 2, 2020, SCHLOSS and RAMOS took a bus from Georgia to New York while transporting at least one firearm. In the course of the trip, the bus was stopped by law enforcement officers in South Carolina. During the stop, RAMOS offered to hide the firearm on her body, as she believed it was less likely that the police would search her than SCHLOSS. SCHLOSS explained to RAMOS that the police "pull the bus every trip . . . right here . . . after the first boreder [sic] crossed . . . So if they find something its federal."

## THE GUN RECOVERIES

15.    Between in or about October 2020, and in or about July 2021, law enforcement seized at least eight firearms purchased by DUVAUGHN WILSON, a/k/a "Dupree," the defendant, and three serialized gun boxes associated with those firearms, during law enforcement actions in New York, South Carolina, Virginia, and Georgia.  For example:

a.    On or about February 21, 2021, the NYPD seized a Taurus, PT22 .22 caliber handgun, Serial Number 34784Z (the "Taurus"), after a fleeing suspect discharged the Taurus three times at NYPD officers in the Bronx, New York.  The Taurus was purchased by WILSON in Georgia on or about September 6, 2020.

b.    On or about April 26, 2021, an individual was shot in the ankle in the Bronx, New York by suspects who drove away from the shooting in a minivan.  The NYPD seized a Keltec, P17, .22 caliber pistol, Serial Number G3C51 (the "Keltec"), from the minivan, which crashed a short distance from the shooting scene.  The Keltec was purchased by WILSON in Georgia on or about October 11, 2020.

c.    On or about July 6, 2021, members of the New York/New Jersey Regional Fugitive Task Force seized four firearms, including a Smith & Wesson .40 caliber pistol, Serial Number FCN1259 (the "Smith & Wesson"), while executing a search warrant in connection with the arrest of a suspect wanted for a

homicide committed in Brooklyn, New York. The Smith & Wesson was purchased by WILSON in Georgia on or about September 22, 2020.

## STATUTORY ALLEGATIONS

16. From at least in or about August 2020, up to and including in or about April 2021, in the Southern District of New York and elsewhere, JAMES THOMAS, a/k/a "Spazz," DUVAUGHN WILSON, a/k/a "Dupree," COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci," KEN ALEXANDER, a/k/a "Ryu," ARGAM TAJ, a/k/a "Sour," SAMUEL TAJ, a/k/a "Sosa," CHRISTOPHER MACHADO, a/k/a "Chris Elite," HARLIE RAMOS, a/k/a "White Girl," and JAMEL THOMAS, a/k/a "Mel," the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, trafficking in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A), and transporting into or receiving in the state of residence of the transporter or receiver, firearms purchased or acquired outside of the state of residence of the transporter or receiver, in violation of Title 18, United States Code, Section 922(a)(3).

17. It was part and object of the conspiracy that JAMES THOMAS, a/k/a "Spazz," DUVAUGHN WILSON, a/k/a "Dupree," COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci," KEN ALEXANDER, a/k/a "Ryu," ARGAM TAJ, a/k/a "Sour," SAMUEL TAJ, a/k/a "Sosa,"

CHRISTOPHER MACHADO, a/k/a "Chris Elite," HARLIE RAMOS, a/k/a "White Girl," and JAMEL THOMAS, a/k/a "Mel," the defendants, and others known and unknown, not being licensed importers, licensed manufacturers, and licensed dealers of firearms within the meaning of Chapter 44, Title 18, United State Code, would and did willfully and knowingly engage in the business of dealing in firearms, and in the course of such business would and did ship, transport, and receive firearms in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A).

18.    It was further a part and object of the conspiracy that JAMES THOMAS, a/k/a "Spazz," DUVAUGHN WILSON, a/k/a "Dupree," COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci," KEN ALEXANDER, a/k/a "Ryu," ARGAM TAJ, a/k/a "Sour," SAMUEL TAJ, a/k/a "Sosa," CHRISTOPHER MACHADO, a/k/a "Chris Elite," HARLIE RAMOS, a/k/a "White Girl," and JAMEL THOMAS, a/k/a "Mel," the defendants, and others known and unknown, not being licensed importers, licensed manufacturers, and licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully did transport into and receive in the state of residence of the transporter and receiver, firearms purchased or otherwise obtained outside of the state of residence of the transporter and receiver, in violation of Title 18, United States Code, Section 922(a)(3).

Overt Acts

19.    In furtherance of the conspiracy and to effect the
illegal objects thereof, the following overt acts, among others,
were committed in the Southern District of New York and
elsewhere:

a.    Between on or about August 9, 2020, and on or
about August 12, 2020, JAMES THOMAS, a/k/a "Spazz," the
defendant, traveled round-trip by bus between New York, New York
and Atlanta, Georgia, for the purpose of obtaining firearms.

b.    On or about August 10, 2020, JAMES THOMAS sent
DUVAUGHN WILSON, a/k/a "Dupree," $905 via a mobile banking
application as payment for firearms.

c.    On or about August 11, 2020, DUVAUGHN WILSON,
a/k/a "Dupree," the defendant, purchased four firearms from the
Smyrna FFL, in connection with which he completed an ATF Form
4473 on which he falsely stated that he was the "actual
transferee/buyer" of the firearms.

d.    On or about September 9, 2020, COURTNEY SCHLOSS,
a/k/a "Bway," a/k/a "Balenci," the defendant, sent text messages
to SAMUEL TAJ, a/k/a "Sosa," the defendant, informing SAMUEL
TAJ, in sum and substance, that SCHLOSS had "knocks coming to
town," and instructing SAMUEL TAJ to "get orders" and "see who
want[s] what."

17

e.   On or about October 3, 2020, SAMUEL TAJ traveled by rental car from New York to Georgia in order to, among other things, obtain a firearm from SCHLOSS.

f.   On or about October 13, 2020, CHRISTOPHER MACHADO, a/k/a "Chris Elite," the defendant, solicited the sale of a firearm from SCHLOSS by text message.

g.   On or about October 26, 2020, JAMES THOMAS accompanied WILSON to the Lilburn FFL, where WILSON purchased five firearms, in connection with which he completed an ATF Form 4473 on which he falsely stated that he was the "actual transferee/buyer" of the firearms.

h.   On or about November 22, 2020, SCHLOSS and KEN ALEXANDER, a/k/a "Ryu," the defendant, with the assistance of SAMUEL TAJ and ARGAM TAJ, a/k/a "Sour," the defendant, purchased bus tickets and traveled from Atlanta, Georgia to New York, New York, while transporting at least five firearms and six magazines.

i.   On or about December 2, 2020, JAMEL THOMAS, a/k/a "Mel," the defendant, sent WILSON a wire payment in the amount of $1,185 from a check cashing vendor on West 116th Street in New York, New York, as payment for firearms purchased by WILSON.

j.   On or about December 2, 2020, SCHLOSS and HARLIE RAMOS, a/k/a "White Girl," the defendant, traveled by bus from Atlanta, Georgia to New York, New York, while transporting at least one firearm.

k.   In or about March 2021, SCHLOSS facilitated the sale of two firearms — one to ARGAM TAJ and one to MACHADO.

(Title 18, United States Code, Section 371.)

## COUNT TWO
### (Gun Trafficking)

The Grand Jury further charges:

20.   The allegations contained in paragraphs 1 through 15 of this Superseding Indictment are repeated and realleged as if fully set forth herein.

21.   From at least in or about August 2020, up to and including in or about April  2021, in the Southern District of New York and elsewhere, JAMES THOMAS, a/k/a "Spazz," DUVAUGHN WILSON, a/k/a "Dupree," COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci," KEN ALEXANDER, a/k/a "Ryu," ARGAM TAJ, a/k/a "Sour," SAMUEL TAJ, a/k/a "Sosa," CHRISTOPHER MACHADO, a/k/a "Chris Elite," HARLIE RAMOS, a/k/a "White Girl," and JAMEL THOMAS, a/k/a "Mel," the defendants, not being licensed importers, licensed manufacturers, and licensed dealers of firearms within the meaning of Chapter 44, Title 18, United State Code, would and did willfully and knowingly engage in the business of

dealing in firearms, and in the course of such business would
and did ship, transport, and receive firearms in interstate and
foreign commerce, and travel interstate, in violation of Title
18, United States Code, Sections 922(a)(1)(A), to wit, the
defendants worked together to purchase and otherwise obtain
firearms in Georgia for resale in, among other places, Georgia
and New York.

(Title 18, United States Code, Sections 922(a)(1)(A),
924(a)(1), and 2.)

### COUNT THREE
### (Interstate Travel With Intent to Commit Gun Trafficking)

The Grand Jury further charges:

22.   The allegations contained in paragraphs 1 through 15
of this Superseding Indictment are repeated and realleged as if
fully set forth herein.

23.   From at least in or about August 2020, up to and
including in or about April 2021, in the Southern District of
New York and elsewhere, JAMES THOMAS, a/k/a "Spazz," DUVAUGHN
WILSON, a/k/a "Dupree," and COURTNEY SCHLOSS, a/k/a "Bway,"
a/k/a "Balenci," the defendants, with the intent to engage in
conduct that constitutes a violation of Title 18, United States
Code, Section 922(a)(1)(A), traveled from one state into another
state, and acquired, and attempted to acquire, a firearm in such
other state, to wit, JAMES THOMAS and SCHLOSS, with the
assistance of WILSON, made bus trips between New York and

20

Georgia for the purpose of acquiring firearms, with the intent

that the firearms be illegally resold in New York.

(Title 18, United States Code, Sections 924(n) and 2.)

## FORFEITURE ALLEGATION

24.  As a result of committing the offenses alleged in

Counts One, Two, and Three of this Superseding Indictment, JAMES

THOMAS, a/k/a "Spazz," DUVAUGHN WILSON, a/k/a "Dupree," COURTNEY

SCHLOSS, a/k/a "Bway," a/k/a "Balenci," KEN ALEXANDER, a/k/a

"Ryu," ARGAM TAJ, a/k/a "Sour," SAMUEL TAJ, a/k/a "Sosa,"

CHRISTOPHER MACHADO, a/k/a "Chris Elite," HARLIE RAMOS, a/k/a

"White Girl," and JAMEL THOMAS, a/k/a "Mel," the defendants,

shall forfeit to the United States, pursuant to Title 18, United

States Code, Section 924(d)(1) and Title 28, United States Code,

Section 2461(c), any and all firearms and ammunition involved in

or used in said offenses, including but not limited to:

a.   A Charter Arms, UC Lite, .38 caliber revolver,

Serial Number 19F00553, purchased by WILSON on or about August

11, 2020, from the Smyrna FFL;

b.   A Cobra, C22M, .22 caliber pistol, Serial Number

124198, purchased by WILSON on or about August 11, 2020, from

the Smyrna FFL and seized by the NYPD on or about November 24,

2020;

c.    A Cobra, BBG, .380 pistol, Serial Number CT232503, purchased by WILSON on or about August 11, 2020, from the Smyrna FFL;

d.    A Cobra, BBG, .380 pistol, Serial Number CT232505, purchased by WILSON on or about August 11, 2020, from the Smyrna FFL;

e.    A Cobra, BBG9, nine-millimeter pistol, Serial Number BT014228, purchased by WILSON on or about August 17, 2020, from the Smyrna FFL;

f.    A Ruger, LCP, .380 pistol, Serial Number 372367060, purchased by WILSON on or about August 17, 2020, from the Smyrna FFL;

g.    A Ruger, LCP, .380 pistol, Serial Number 372367860, purchased by WILSON on or about August 17, 2020, from the Smyrna FFL;

h.    A Ruger, LCP II, .22 caliber firearm, Serial Number 380712905, purchased by WILSON on or about August 17. 2020, from the Smyrna FFL, and seized by the NYPD on or about December 3, 2020;

i.    An Armscor Model 200, .38 caliber firearm, Serial Number RIA2214915, purchased by WILSON or about August 18, 2020, from an FFL in Jonesboro, Georgia (the "Jonesboro FFL"), and seized by the NYPD on or about November 20, 2020;

j.    A Cobra, BBG380, .380 pistol, Serial Number BT014895, purchased by WILSON on or about August 18, 2020, from the Smyrna FFL;

k.    A Heritage MFG, Rough Rider, .22 caliber revolver, Serial Number TL0D0427, purchased by WILSON on or about August 18, 2020, from the Jonesboro FFL;

l.    A Cobra, BBG9SB, nine-millimeter pistol, Serial Number BT014229, purchased by WILSON on or about August 28, 2020, from the Smyrna FFL;

m.    A Cobra, CL22MBP, .22 caliber pistol, Serial Number 122654, purchased by WILSON on or about August 28, 2020, from the Smyrna FFL, and seized by the NYPD on or about May 17, 2021;

n.    A Cobra, BBGS380SB, .380 pistol, Serial Number BT014893, purchased by WILSON on or about August 28, 2020, from the Smyrna FFL;

o.    A SDS, 1911A1, .45 caliber pistol, Serial Number T0620-20215136, purchased by WILSON on or about August 28, 2020, from the Smyrna FFL;

p.    A Zastava, M70, .32 caliber pistol, Serial Number C-204095, purchased by WILSON on or about August 29, 2020, from an FFL in Gainesville, Georgia ("Gainesville FFL-1");

q.    A Zastava, M70, .32 caliber pistol, Serial Number C-267198, purchased by WILSON on or about August 29, 2020, from Gainesville FFL-1;

r.    A SAR Arms, CM9, nine-millimeter pistol, Serial Number T1102-20BD50841, purchased by WILSON on or about September 5, 2020, from the Smyrna FFL;

s.    A Davis IND, D32, .32 caliber pistol, Serial Number 132381, purchased by WILSON on or about September 5, 2020, from the Smyrna FFL;

t.    A Bond Arms, Roughneck, .357 pistol, Serial Number 226014, purchased by WILSON on or about September 5, 2020, from the Smyrna FFL;

u.    A SCCY IND, CPX-1, nine-millimeter pistol, Serial Number C010600, purchased by WILSON on or about September 5, 2020, from the Smyrna FFL;

v.    A SCCY IND, CPX-1, nine-millimeter pistol, Serial Number C010540, purchased by WILSON on or about September 5, 2020, from the Smyrna FFL;

w.    A Ruger, LCP, .380 pistol, Serial Number 372374853, purchased by WILSON on or about September 6, 2020, from an FFL in Lawrenceville, Georgia (the "Lawrenceville FFL");

x.    A Taurus, PT-22, .22 caliber pistol, Serial Number 34784Z, purchased by WILSON on or about September 6,

2020, from the Lawrenceville FFL, and seized by the NYPD on or about February 21, 2021;

      y.    A SCCY IND, CPX-2, nine-millimeter pistol, Serial Number C010836, purchased by WILSON on or about September 6, 2020, from the Lilburn FFL;

      z.    A Ruger, Ruger-57, 5.7 pistol, Serial Number 641-64925, purchased by WILSON on or about September 7, 2020, from the Lilburn FFL;

      aa.    A SCCY IND, CPX-1, nine-millimeter pistol, Serial Number C011484, purchased by WILSON on or about September 7, 2020, from the Lilburn FFL;

      bb.    A Taurus, PT22, .22 caliber pistol, Serial Number 88335Z, purchased by WILSON on or about September 20, 2020, from the Lawrenceville FFL;

      cc.    A Ruger, EC9S, nine-millimeter pistol, Serial Number 457-88944, purchased by WILSON on or about September 20, 2020, from the Lawrenceville FFL;

      dd.    A Taurus, G3C, nine-millimeter pistol, Serial Number ABJ898293, purchased by WILSON on or about September 22, 2020, from a second FFL in Gainesville, GA ("Gainesville FFL-2");

      ee.    A Taurus, G2C, nine-millimeter pistol, Serial Number ABJ939042, purchased by WILSON on or about September 22, 2020, from Gainesville FFL-2;

ff.  A Taurus, G3C, nine-millimeter pistol, Serial Number ABJ900506, purchased by WILSON on or about September 22, 2020, from Gainesville FFL-2;

gg.  A Smith & Wesson, SD40, .40 caliber pistol, Serial Number FCN1259, purchased by WILSON on or about September 22, 2020, from Gainesville FFL-2, and seized by the New York/New Jersey Regional Fugitive Task Force on or about July 6, 2021;

hh.  A Taurus, G2S, nine-millimeter pistol, Serial Number TLS32776, purchased by WILSON on or about October 5, 2020, from an FFL in Flowery Branch, Georgia ("the "Flowery Branch FFL");

ii.  A Taurus PT740 SLIM, .40 caliber pistol, Serial Number SES47358, purchased by WILSON on or about October 5, 2020, from the Flowery Branch FFL;

jj.  A Bersa Thunder .380 caliber pistol, Serial Number 647692, purchased by WILSON or about October 5, 2020, from the Flowery Branch FFL;

kk.  A Rohm, RG10, .22 caliber revolver, Serial Number 550588, purchased by WILSON on or about October 10, 2020, from the Smyrna FFL;

ll.  A D'Armes, Court 9, .765 pistol, Serial Number 71582, purchased by WILSON on or about October 10, 2020, from the Smyrna FFL;

mm.  A Norinco 213, nine-millimeter pistol, Serial
Number 400736, purchased by WILSON or about October 10, 2020,
from the Smyrna FFL, and seized by the Spartanburg County
Sherriff's Office in Duncan, South Carolina, on or about October
14, 2020;

nn.  A Century Arms, CZ50, .32 caliber pistol, Serial
Number B17674, purchased by WILSON on or about October 11, 2020,
from the Lilburn FFL;

oo.  A Keltec P17, .22 caliber firearm, Serial Number
G3C22, purchased by WILSON on or about October 11, 2020, from
the Lilburn FFL, and seized by the City of Wellford Police
Department in South Carolina, on or about November 22, 2020;

pp.  A Zastava, M70-1, .765 pistol, Serial Number
M70191443, purchased by WILSON on or about October 11, 2020,
from the Lilburn FFL;

qq.  A Gretna Gunworks, P-10, .380 pistol, Serial
Number 15975, purchased by WILSON on or about October 11, 2020,
from the Lilburn FFL;

rr.  A SCCY IND, CPX-1, nine-millimeter pistol, Serial
Number C023602, purchased by WILSON on or about October 12, 2020
from the Lilburn FFL, and seized by the City of Wellford Police
Department in South Carolina, on or about November 22, 2020;

ss.  A Keltec, P17, .22 caliber pistol, Serial Number
G3C51, purchased by WILSON on or about October 12, 2020, from

the Lilburn FFL, and seized by the NYPD on or about April 26, 2021;

tt.   A Ruger, LCP, .380 pistol, Serial Number 3723681998, purchased by WILSON on or about October 12, 2020, from the Lilburn FFL;

uu.   A SCCY IND, CPX-2, nine-millimeter pistol, Serial Number C019055, purchased by WILSON on or about October 13, 2020, from the Lilburn FFL;

vv.   A SCCY IND, CPX-2, nine-millimeter pistol, Serial Number 868611, purchased by WILSON on or about October 13, 2020, from the Lilburn FFL;

ww.   A Keltec, P3AT, .380 pistol, Serial Number D5H68, purchased by WILSON on or about October 13, 2020, from the Lilburn FFL;

xx.   A Keltec, P3AT, .380 firearm, Serial Number D5H47, purchased by WILSON on or about October 13, 2020, from the Lilburn FFL, and seized by the City of Wellford Police Department in South Carolina, on or about November 22, 2020;

yy.   A SCCY IND, CPX-2, nine-millimeter pistol, Serial Number C019857, purchased by WILSON or about October 13, 2020, from the Lilburn FFL, and seized by the NYPD on or about June 16, 2021;

zz.  A GSG, Firefly, .22 caliber pistol, Serial Number F452939, purchased by WILSON on or about October 15, 2020, from the Smyrna FFL;

aaa. A Rohm, RG10, .22 caliber revolver, Serial Number 1306647, purchased by WILSON on or about October 15, 2020, from the Smyrna FFL;

bbb. A Cobra, BBG9, .89 pistol, Serial Number CT231399, purchased by WILSON on or about October 15, 2020, from the Smyrna FFL;

ccc. A Cobra, BBG9, nine-millimeter pistol, Serial Number BT015453, purchased by WILSON on or about October 15, 2020, from the Smyrna FFL;

ddd. A Cobra, Denali, .380 pistol, Serial Number K26836, purchased by WILSON on or about October 26, 2020, from the Lilburn FFL, and seized by the Duncan Police Department in Duncan, South Carolina, on or about October 27, 2020;

eee. A Jimenez, J.A. T-380, .380 pistol, Serial Number 431278, purchased by WILSON on or about October 26, 2020, from the Lilburn FFL;

fff. A SCCY IND, CPX-1, nine-millimeter pistol, Serial Number 893910, purchased by WILSON on or about October 26, 2020, from the Lilburn FFL;

29

ggg. A SCCY IND, CPX-2, nine-millimeter pistol, Serial Number 920878, purchased by WILSON on or about October 26, 2020, from the Lilburn FFL;

hhh. A SCCY IND, CPX-2, nine-millimeter pistol, Serial Number C031938, purchased by WILSON on or about October 26, 2020, from the Lilburn FFL;

iii. A GSG, Firefly, .22 caliber pistol, Serial Number F456008, purchased by WILSON on or about October 26, 2020, from the Smyrna FFL;

jjj. A SCCY IND, CPX-1, nine-millimeter pistol, Serial Number C030440, purchased by WILSON on or about October 26, 2020, from the Smyrna FFL, and seized by the NYPD on or about January 6, 2021;

kkk. A Ruger, LCP, .380 pistol, Serial Number 372-98955, purchased by WILSON on or about October 26, 2020, from the Smyrna FFL;

lll. A Smith & Wesson, M&P 40, .40 caliber pistol, Serial Number HWK3384, purchased by WILSON on or about October 26, 2020, from the Smyrna FFL;

mmm. A Ruger, LCP, .380 pistol, Serial Number 374-04787, purchased by WILSON on or about October 29, 2020, from the Smyrna FFL;

nnn. A Zastava, M88A, nine-millimeter pistol, Serial Number M88A03414, purchased by WILSON on or about October 29, 2020, from the Smyrna FFL;

ooo. A Talon, T200, nine-millimeter pistol, Serial Number OO286, purchased by WILSON on or about October 29, 2020, from the Smyrna FFL;

ppp. A Glock, Inc. 17, nine-millimeter pistol, Serial Number BRCV680, purchased by WILSON or about November 5, 2020, from Gainesville FFL-2, and seized by the Bureau of Alcohol, Firearms, Tobacco, and Explosives ("ATF") on or about December 16, 2020;

qqq. A Ruger 57, 5.7 pistol, Serial Number 641-69441, purchased by WILSON on or about November 30, 2020, from the Smyrna FFL;

rrr. A Cobra, CL22LBR, .22 caliber pistol, Serial Number 123705, purchased by WILSON on or about December 1, 2020, from the Smyrna FFL;

sss. A Davis IND, D22, .22 caliber pistol, Serial Number 301987, purchased by WILSON on or about December 1, 2020, from the Smyrna FFL;

ttt. A Cobra, Derringer, .38 caliber pistol, Serial Number BT032289, purchased by WILSON on or about December 1, 2020, from the Smyrna FFL;

uuu. A Jimenez, JA380, .380 pistol, Serial Number 458611, purchased by WILSON on or about December 2, 2020, from the Lilburn FFL;

vvv. A Jimenez, JA380, .380 pistol, Serial Number 458571, purchased by WILSON on or about December 2, 2020, from the Lilburn FFL;

www. A Jimenez, JA380, .380 pistol, Serial Number 458613, purchased by WILSON on or about December 2, 2020, from the Lilburn FFL;

xxx. A Jimenez, JA380, .380 pistol, Serial Number 45614, purchased by WILSON on or about December 2, 2020, from the Lilburn FFL;

yyy. A SCCY IND, CPX-2, nine-millimeter pistol, Serial Number C055788, purchased by WILSON on or about December 2, 2020, from the Lilburn FFL;

zzz. A SCCY IND, CPX-2, nine-millimeter pistol, Serial Number C055746, purchased by WILSON on or about December 2, 2020, from the Lilburn FFL;

aaaa.    A Walther, PK380, .380 pistol, Serial Number WB148260, purchased by WILSON on or about December 2, 2020, from the Lilburn FFL;

bbbb.    A Phoenix Arms Co., HP25A, .25 caliber pistol, Serial Number 4250780, purchased by WILSON on or about

December 15, 2020, from the Smyrna FFL, and seized by the ATF on
or about December 16, 2020;

cccc.    A Glock 17, nine-millimeter pistol, Serial
Number BSHK084, purchased by WILSON on or about March 2, 2021,
from a third FFL in Gainesville, Georgia ("Gainesville FFL-3"),
and seized by the ATF on or about April 21, 2021;

dddd.    A Radical Firearms, RF-15, .223 pistol,
Serial Number 20-063415, purchased by WILSON on or about April
9, 2021, from the Flowery Branch FFL, and seized by the ATF on
or about April 21, 2021;

eeee.    A Smith & Wesson, SD40VE, .40 caliber
pistol, Serial Number FBX2833, purchased by WILSON;

ffff.    A SCCY IND, CPX, nine-millimeter pistol,
Serial Number C011464, purchased by WILSON;

gggg.    A SCCY IND, CPX2, nine-millimeter pistol,
Serial Number 951562, purchased by WILSON;

hhhh.    A SCCY IND, CPX, nine-millimeter pistol,
Serial Number 940750, purchased by WILSON;

iiii.    A Taurus, TCP, .380 pistol, Serial Number
1D048654, purchased by WILSON;

jjjj.    One high capacity Glock .40 caliber
magazine, seized by the City of Wellford Police Department in
South Carolina, on or about November 22, 2020;

kkkk.    One high-capacity Glock nine-millimeter drum magazine, seized by the City of Wellford Police Department in South Carolina, on or about November 22, 2020;

llll.    Four assorted S&W pistol magazines, seized by the City of Wellford Police Department in South Carolina, on or about November 22, 2020;

mmmm.    34 rounds of Sig Saur nine-millimeter Ammunition, seized from WILSON by the ATF on or about December 16, 2020;

nnnn.    One Glock magazine, seized from WILSON by the ATF on or about December 16, 2020;

oooo.    One Glock 50 round drum magazine, seized from WILSON by the ATF on or about December 16, 2020;

pppp.    Two drum magazines, seized from WILSON by the ATF on or about April 21, 2021; and

qqqq.    Two nine-millimeter magazines, seized from WILSON by the ATF on or about April 21, 2021.

### Substitute Assets Provision

25.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)


FOREPERSON

AUDREY STRAUSS
United States Attorney

35

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

v.

**JAMES THOMAS, a/k/a "Spazz,"**
**DUVAUGHN WILSON, a/k/a "Dupree,"**
**COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci,"**
**KEN ALEXANDER, a/k/a "Ryu,"**
**ARGAM TAJ, a/k/a "Sour,"**
**SAMUEL TAJ, a/k/a "Sosa,"**
**CHRISTOPHER MACHADO, a/k/a "Chris Elite,"**
**HARLIE RAMOS, a/k/a "White Girl," and**
**JAMEL THOMAS, a/k/a "Mel,"**

**Defendants.**

### SEALED SUPERSEDING INDICTMENT

S3 21 Cr. 249 (SHS)

(18 U.S.C. §§ 371, 922(a)(1)(A),
924(a)(1), 924(n), and 2.)

AUDREY STRAUSS
United States Attorney

_Foreperson_

TRUE BILL SEALED SUPERSEDING INDICTMENT.
2 A. WARRANTS
MAG. R. LEHRBURGER.
8/3/2021