

Andrew M. J. Bernstein, Esq., *Partner*,
*Chair* – White Collar Defense & Investigation Practice
1185 Avenue of the Americas | 31ˢᵗ Floor | New York, New York | 10036
T (212) 930 9700 | F (212) 930 9725 | abernstein@srf.law | www.srf.law

August 12, 2021

**BY ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  <u>USA v. Wilson, 21-CR-249 (SHS)</u>

Dear Judge Stein,

As the Court is aware, I am the CJA appointed counsel for Samuel Taj, in the above-captioned matter. Mr. Taj was indicted on August 4, 2021 along with Jamel Thomas and others on conspiracy to traffic in firearms.

Mr. Taj requests that he be permitted to join in Mr. Thomas' consent motion filed on August 11, 2021 (ECF Doc. No. 61) to inspect the grand jury records and to stay any deadline as the same facts that apply to Mr. Thomas equally apply to Mr. Taj.

If you have any questions, please feel free to reach out to my office.

Thank you.

Respectfully Submitted,

Andrew M. J. Bernstein
Partner
SICHENZIA ROSS FERENCE LLP
*Counsel for Samuel Taj*

**Requests granted.**

**Dated:  New York, New York
August 12, 2021**

SO ORDERED:

Sidney H. Stein, U.S.D.J.