UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-249 (SHS) |
| v. | : | |
| SAMUEL TAJ, | : | ORDER |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of defendant for new counsel,

    IT IS HEREBY ORDERED that Andrew M. J. Bernstein is relieved, and the CJA attorney on duty today, Mark J. Stein, is appointed to assume representation of the defendant in this matter.

Dated: New York, New York
       September 23, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.