# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE:
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-2310

E-mail Address
mstein@stblaw.com

**MEMO ENDORSED**

BY HAND AND ECF

October 12, 2021

Re:   *United States v. Samuel Taj*, **21 Cr. 249 (SHS)**

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Stein:

    We represent Samuel Taj in the above-captioned matter. We write to respectfully request a bail hearing for Mr. Taj at the Court's earliest convenience.

    We thank the Court for its consideration of this request.

Respectfully Submitted,
/s/ *Mark J. Stein*
Mark J. Stein

cc:   All Parties (*by ECF*)

The bail hearing will take place on Friday, October 15, at 10:00 a.m. in Courtroom 23A.

Dated: New York, New York
October 12, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.

BEIJING    HONG KONG    HOUSTON    LONDON    LOS ANGELES    PALO ALTO    SÃO PAULO    TOKYO    WASHINGTON, D.C.