UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :          21-Cr-249 (SHS)

      -against-                              :          ORDER

SAMUEL TAJ,                                  :

                Defendant(s).        :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       IT IS HEREBY ORDERED that there will be a change of plea hearing in this matter on May 19, 2022, at 10:00 a.m.

Dated: New York, New York
       May 3, 2022

                                 SO ORDERED:

                                 Sidney H. Stein, U.S.D.J.