## Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

———————

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-2310

E-mail Address
mstein@stblaw.com

**MEMO ENDORSED**

VIA ECF                                    July 28, 2022

Re:     *United States v. Taj,* No. 21-cr-00249-006 (SHS)

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Stein:

I write to request that the Court grant a three week adjournment of the upcoming sentencing submission deadlines and sentencing date in the above-captioned matter. Currently, submissions made on behalf of Mr. Samuel Taj are due on August 11, 2022; the Government's submission is due on August 18, 2022; and the sentencing date is September 1, 2022. I am requesting this extension to allow for necessary additional time to prepare our submission on behalf of Mr. Taj. The Government has no objection to this request.

Mr. Taj has not made any previous request for adjournments. I thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Mark J. Stein*
Mark J. Stein

CC:
AUSA Ashley C. Nicolas
AUSA Matthew J. King

**The sentencing is adjourned to September 22 at 11:00 a.m. The defense submissions are due by September 1, the government submissions are due by September 8.**

**Dated: New York, New York**
**July 29, 2022**

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.

BEIJING   BRUSSELS   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.