# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

---

Direct Dial Number
+1-212-455-2310

E-mail Address
mstein@stblaw.com

## MEMO ENDORSED

VIA ECF                                                             August 19, 2022

            Re:     *United States v. Taj,* No. 21-cr-00249-006 (SHS)

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Stein:

    I write to request that the Court grant a three week adjournment of the upcoming sentencing submission deadlines and sentencing date in the above-captioned matter. Currently, submissions made on behalf of Mr. Samuel Taj are due on September 1, 2022; the Government's submission is due on September 8, 2022; and the sentencing date is September 22, 2022. The Government has no objection to this request.

    I am requesting this extension to continue preparing Mr. Taj's submission and to additionally coordinate with Mr. Taj in preparation for sentencing. Mr. Taj previously requested an adjournment of the sentencing schedule on July 28, 2022, which the Court granted.

    I thank the Court for its consideration of this request.

                                                  Respectfully submitted,

                                                  */s/ Mark J. Stein*
                                                  Mark J. Stein

CC:
AUSA Ashley C. Nicolas
AUSA Matthew J. King

**The sentencing is adjourned to October 12 at 3:30 p.m. The defense submissions are due by September 21, the government's submissions are due by September 28.**

**Dated: New York, New York**
       **August 22, 2022**

SO ORDERED
*[signature]*
SIDNEY H. STEIN
U.S.D.J.