# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

---

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-2310

E-mail Address
mstein@stblaw.com

## MEMO ENDORSED

VIA ECF

November 10, 2022

Re:     *United States v. Samuel Taj*, No. 21-cr-00249-006 (SHS)

The Honorable Sidney H. Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Stein:

I write to request that the Court adjourn the upcoming sentencing hearing in the above-captioned matter, currently scheduled to occur on Tuesday, November 15 at 4:30 PM, to a time at the Court's convenience on or after Thursday, November 17, 2022. Mr. Taj has submitted two previous requests for adjournments, both of which the Court granted.

I am requesting this extension because I learned today that Mr. Taj is scheduled to take his General Educational Development (GED) exam on either Tuesday, November 15, or Wednesday, November 16, timing that conflicts with the currently scheduled sentencing proceedings. Mr. Taj has been studying for several months in preparation for this exam, and it is very important to him that he has the opportunity to take the GED exam as scheduled. The Government does not consent to or oppose this request.

I thank the Court for its consideration.

Respectfully submitted,

CC:
AUSA Ashley C. Nicolas
AUSA Matthew J. King

*/s/ Mark J. Stein*
Mark J. Stein

**The sentencing is adjourned to November 18 at 10:00 a.m.**

Dated: New York, New York
       November 14, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.

BEIJING    BRUSSELS    HONG KONG    HOUSTON    LONDON    LOS ANGELES    PALO ALTO    SÃO PAULO    TOKYO    WASHINGTON, D.C.